Jeffrey A. Snyder/Bar No. 148217
Daisy M. Nishigaya/Bar No. 186614
THOITS, LOVE, HERSHBERGER & McLEAN
A Professional Corporation
245 Lytton Avenue, Suite 300
Palo Alto, California 94301
Telephone:   (650) 327-4200
Facsimile:   (650) 325-5572

Attorneys for Defendant
Avnet, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/6/05*

| | |
|---|---|
| JEFFREY J. GOUDREAU,<br><br>Plaintiff,<br><br>v.<br><br>AVNET, INC. and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | No. C 04-01940 RMW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON |

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and a settlement reached by the parties, Plaintiff Jeffrey J. Goudreau and Avnet, Inc., through their counsel, hereby stipulate to and request a dismissal with prejudice of this entire action, including any and all claims and causes of action alleged against any and all Defendants, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

10590.007/194794

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON

IT IS SO STIPULATED.

Dated: May 31, 2005

                                              **THOITS, LOVE,**
**HERSHBERGER & McLEAN**

By _____
            Jeffrey A. Snyder
          Attorneys for Defendant
                Avnet, Inc.

Dated: May 25, 2005

                                              **LAWLESS & LAWLESS**

By _____
          Barbara A. Lawless
          Attorneys for Plaintiff
          Jeffrey J. Goudreau

IT IS SO ORDERED.

Dated: 6/6/05

                                              /S/ RONALD M. WHYTE
                                              **Judge Ronald M. Whyte**
                  **Judge of the United States District Court,**
                     **Northern District of California**

THOITS, LOVE, HERSHBERGER & McLEAN
A PROFESSIONAL CORPORATION
245 LYTTON AVENUE, SUITE 300
PALO ALTO, CALIFORNIA 94301-1426
(650) 327-4200